**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000696**
**13-APR-2022**
**08:07 AM**
**Dkt. 37 OAWST**

NO. CAAP-21-0000696

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CIDA KEIKO YONEOKA, Plaintiff-Appellee, v.
RODEL REVILLA ARIOS; VERONICA CABRAS ARIOS; CRYSTAL BELARAS;
DARCY BELARAS; CHRISTOPHER ARIOS, Defendants-Appellants,
and JOHN DOES 2-50; JANE DOES 2-50; AND DOE PARTNERSHIPS,
CORPORATIONS, GOVERNMENTAL UNITS OR OTHER ENTITIES 1-50,
Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0001269)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Leonard and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal of
Notice of Appeal, Filed December 14, 2021 With Prejudice, filed
March 4, 2022, by Defendants-Appellants Rodel Revilla Arios,
Veronica Cabras Arios, Crystal Belaras, Darcy Belaras, and
Christopher Arios, the papers in support, and the record, it
appears that (1) the appeal has been docketed and the filing fees
have been paid; (2) the parties stipulate to dismiss the appeal
with prejudice and bear their own attorneys' fees and costs,
under Hawaiʻi Rules of Appellate Procedure Rule 42(b); and

(3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, April 13, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

2